```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                  Case No. 16-03582-HWV
Roselito A. Loyson                                                      Chapter 13
           Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1           User: CGambini                Page 1 of 2                  Date Rcvd: Oct 02, 2019
                               Form ID: 3180W                Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2019.
```
db             +Roselito A. Loyson,    1711 Logan Street,    Harrisburg, PA 17102-1851
4827870         Chase Auto,    P.O. Box 901003,    Ft. Worth, TX 76101-2003
4827872        +Commonwealth of Pennsylvania,    Bureau of Labor and Industry,
                 Office of Unemp Comp Tax Services OUCTS,    PO Box 60848,    Harrisburg, PA 17106-0848
4827875        +Keystone Collection Group,    546 Wendel Road #100,    Irwin, PA 15642-7539
4830687         Navient Solutions, Inc. on behalf of,    United Student Aid Funds, Inc.,
                 Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
4864777        +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
4827880         PNC Bank,    P.O. Box 3180,    Pittsburgh, PA 15230-3180
4827879         Philippines National Bank,    Financial Center Pres. Diosdado,    Macapagal Boulevard, Pasay City,
                 Philippines 1300
5065025         United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4827868         EDI: CAPITALONE.COM Oct 02 2019 23:28:00      Capital One,   P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
4827869        +EDI: CAPITALONE.COM Oct 02 2019 23:28:00      Capital One,   P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
4847541         EDI: CAPITALONE.COM Oct 02 2019 23:28:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
4827871         EDI: CHASE.COM Oct 02 2019 23:28:00      Chase Card,   P.O. Box 15298,
                 Wilmington, DE 19850-5298
4827873         EDI: IRS.COM Oct 02 2019 23:28:00      Internal Revenue Service,
                 Insolvency Section - BK notice,   PO Box 7346,    Philadelphia, PA 19101-7346
4864874         EDI: CAUT.COM Oct 02 2019 23:28:00      JPMorgan Chase Bank N.A.,
                 National Bankruptcy Department,    P.O.Box 29505 AZ1-1191,   Phoenix , AZ 85038-9505
4861601        +EDI: MID8.COM Oct 02 2019 23:28:00      MIDLAND FUNDING LLC,    MIDLAND CREDIT MANAGEMENT, INC.,
                 as agent for MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
4827876         EDI: TSYS2.COM Oct 02 2019 23:28:00      Macys/DSNB,    P.O. Box 8218,    Mason, OH 45040-8218
4827877         EDI: NAVIENTFKASMSERV.COM Oct 02 2019 23:28:00      Navient,   P.O. Box 9500,
                 Wilkes-Barre, PA 18773-9500
4827881         E-mail/Text: bankruptcynotices@psecu.com Oct 02 2019 19:24:38      PSECU,   P.O. Box 67013,
                 Harrisburg, PA 17106-7013
4827882        +E-mail/Text: bankruptcynotices@psecu.com Oct 02 2019 19:24:37      PSECU,    1500 Elmerton Avenue,
                 Harrisburg, PA 17110-9214
4827878         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 02 2019 19:24:31
                 Pennsylvania Department of Revenue,    Dept. 280946,    ATTN: Bankruptcy Division,
                 Harrisburg, PA  17128-0946
4827883        +EDI: RMSC.COM Oct 02 2019 23:28:00      SYNCB/JC Penney DC,    P.O. Box 965007,
                 Orlando, FL 32896-5007
4827884         EDI: RMSC.COM Oct 02 2019 23:28:00      SYNCB/JCPenney DC,    P.O. Box 965036,
                 Orlando, FL 32896-5036
4827885         EDI: TDBANKNORTH.COM Oct 02 2019 23:28:00      TD Bank N.A.,    P.O. Box 84037,
                 Columbus, GA 31908
4827886         EDI: TDBANKNORTH.COM Oct 02 2019 23:28:00      TD Bank North,    32 Chestnut Street,
                 Lewiston, ME 04240-7765
5065025         E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Oct 02 2019 19:24:26
                 United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4827874*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,     PO Box 21126,   Philadelphia, PA  19114)
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor 1 Roselito A. Loyson tlupdike@mette.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Roselito A. Loyson** | Social Security number or ITIN xxx–xx–6499 |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court **Middle District of Pennsylvania** | | |
| Case number: **1:16–bk–03582–HWV** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Roselito A. Loyson

**By the court:**

10/2/19

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: CGambini, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**